**F I L E D**
CLERK, U.S. DISTRICT COURT

05/07/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:26-cr-00284-MCS |
| Plaintiff, | I N F O R M A T I O N |
| v. | [52 U.S.C. § 10307(c): Paying Other Person to Register to Vote] |
| BRENDA LEE BROWN ARMSTRONG, aka "Anika," | |
| Defendant. | |

The United States of America charges:

[52 U.S.C. § 10307(c)]

On or about January 30, 2026, in Los Angeles County, within the Central District of California, defendant BRENDA LEE BROWN ARMSTRONG,

//

//

//

//

also known as "Anika," knowingly and willfully paid and offered to pay another person to register to vote in a federal election.

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant
Attorney General

TODD W. BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

MARK P. TAKLA
Assistant United States Attorney
Chief, Orange County Office

MICHAEL G. WHEAT
NANDOR F.R. KISS
Assistant United States Attorneys
Orange County Office

2